UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DIANA DOLORES MEJIA, on behalf of herself and all
other persons similarly situated,

                                                              Docket No: 21-cv-03023 (ST)

                Plaintiff,

     -against-

CREATIVE FOODS CORP. and JAY DELLA MONICA,

                Defendants.
-------------------------------------------------------------------------X

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT
### PURSUANT TO FED. R. CIV. P. 68

      PLEASE TAKE NOTICE that Plaintiff DIANA DOLORES MEJIA, by and through her attorneys, the Romero Law Group PLLC, hereby accept Defendants' offer to allow entry of judgment to be taken against them pursuant to Fed. R. Civ. P. 68 in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), inclusive of liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, for the full and complete satisfaction of her claim under the Fair Labor Standards Act only. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  Hauppauge, New York
           November 22, 2024

                                              ROMERO LAW GROUP PLLC
                                              *Attorneys for Plaintiff*
                                              490 Wheeler Road, Suite 277
                                              Hauppauge, New York 11788
                                              Tel.: (631) 257-5588

                                 By:  _____
                                              DAVID D. BARNHORN, ESQ.
                                              PETER A. ROMERO, ESQ.

## AFFIRMATION OF SERVICE

I, David D. Barnhorn, Esq., hereby certify that on this date, November 22, 2024, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68* was served via First Class Mail and Electronic Mail on the following:

Douglas E. Rowe, Esq.
Certilman Balin Adler & Hyman LLP
90 Merrick Avenue
East Meadow, New York 11554
Email: drowe@certilmanbalin.com

By: *David Barnhorn*

DAVID D. BARNHORN, ESQ.