**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DIANA DOLORES MEJIA, on behalf of herself and
all other persons similarly situated,

                Plaintiff,

  - against -                                     **JUDGMENT**
                                                             CV 24-91 (ST)

CREATIVE FOODS CORP., and JAY DELLA
MONICA,

                Defendants.
------------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on November 22, 2024, accepting Defendants' November 22, 2024 offer to allow judgment against them in the amount of $5,000.00, jointly and severally, for full and complete satisfaction of Plaintiff's claim under the Fair Labor Standards Act ("FLSA") in the above-captioned action, it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Diana Dolores Mejia against Defendants Creative Foods Corp., and Jay Della Monica, jointly and severally, in the amount of $5,00.00 for full and complete satisfaction of Plaintiff's claim under the FLSA in the above-captioned action; and that this case is closed.

Dated: November 25, 2024
         Central Islip, New York

                                                                    BRENNA B. MAHONEY
                                                                    CLERK OF COURT

                                               By:   /s/ James J. Toritto
                                                            Deputy Clerk